

IN THE CIRCUIT COURT OF ~~LEE~~ Macon COUNTY, ALABAMA

| | |
|---|---|
| STEPHANIE R. MAYBERRY, | * |
| Plaintiff, | * Civil Action No. CV-05-142 |
| v. | * |
| AMERICAN INTERNATIONAL GROUP, INC; et al., | * |
| Defendants. | * |



### SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:   AMERICAN INTERNATIONAL GROUP, INC.
70 Pine Street
New York, NY 10270

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

C. Lance Gould
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_Eddie Q. Mallad_
CIRCUIT CLERK

Dated: 7/13/05

IN THE CIRCUIT COURT OF ~~LEE~~ MACON COUNTY, ALABAMA

STEPHANIE R. MAYBERRY,  *

    Plaintiff,  * Civil Action No. CV-05-142

v.  *

AMERICAN INTERNATIONAL GROUP, INC;  *
et al.,  *

    Defendants.  *

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:    AMERICAN GENERAL CORPORATION
2929 Allen Parkway
Houston, TX 77019

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

    Roman A. Shaul
    BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
    Post Office Box 4160
    Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

    *Eddie D. Mallard*
    CIRCUIT CLERK

Dated: 7/13/05

IN THE CIRCUIT COURT OF ~~LEE~~ Macon COUNTY, ALABAMA

STEPHANIE R. MAYBERRY,   *
                         *
    Plaintiff,        *
                         *
vs.                      *   CIVIL CASE NO. CV-05-142
                         *
AMERICAN INTERNATIONAL GROUP,  *
INC., et al.,            *

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

    NOTICE TO:  AMERICAN GENERAL FINANCIAL
                      SERVICES OF ALABAMA, INC.
                      c/o CSC Lawyers Incorporating Service, Inc.
                      150 S. Perry Street
                      Montgomery, AL 36104

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

                C. Lance Gould
                BEASLEY, ALLEN, CROW, METHVIN,
                PORTIS & MILES, P.C.
                Post Office Box 4160
                Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                                        Eddie D. Mallard
                                                        CIRCUIT CLERK

Dated: 7/13/05

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| STEPHANIE R. MAYBERRY | * |
| Plaintiff, | * Civil Action No. CV-05-142 |
| v. | * |
| AMERICAN INTERNATIONAL GROUP, INC; et al., | * |
| Defendants. | * |

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:    MORGAN FOSTER
c/o American General Financial Services of Alabama, Inc.
323 Airport Road, Suite D
Auburn, AL 36830

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

Roman A. Shaul
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Eddie D. Mallard*
CIRCUIT CLERK

Dated: 7/13/05

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

STEPHANIE R. MAYBERRY            *
                                 *
      Plaintiff,                 *   Civil Action No. CV-05-142
                                 *
v.                               *
                                 *
AMERICAN INTERNATIONAL GROUP,    *
INC;                             *
et al.,                          *
                                 *
      Defendants.                *



## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:       BRIAN SCALF
                 c/o American General Financial Services of Alabama, Inc.
                 323 Airport Road, Suite D
                 Auburn, AL 36830

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

                 Roman A. Shaul
                 BEASLEY, ALLEN, CROW, METHVIN,
                 PORTIS & MILES, P.C.
                 Post Office Box 4160
                 Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                         Eddie D. Mallard
                                         CIRCUIT CLERK

Dated: 7/13/05

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| STEPHANIE R. MAYBERRY, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL CASE NO. CV-05-142 |
| | * |
| AMERICAN INTERNATIONAL GROUP, | * |
| INC., et al., | * |

### SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:   MERIT LIFE INSURANCE COMPANY
c/o Superintendent of Insurance
601 NW Second Street
Evansville, IN 47708

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

C. Lance Gould
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Eddie D. Mallard*
CIRCUIT CLERK

Dated: 7/13/05

IN THE CIRCUIT COURT OF ~~LEE~~ Macon COUNTY, ALABAMA

STEPHANIE R. MAYBERRY,

   Plaintiff,

v.

AMERICAN INTERNATIONAL GROUP, INC; et al.

   Defendants.

Civil Action No. CV-05-142

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:  YOSEMITE INSURANCE COMPANY
        c/o Superintendent of Insurance
        717 Market Street
        San Francisco, CA 94103

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

        C. Lance Gould
        BEASLEY, ALLEN, CROW, METHVIN,
        PORTIS & MILES, P.C.
        Post Office Box 4160
        Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Eddie D. Mallard*
CIRCUIT CLERK

Dated: 7/13/05

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

STEPHANIE R. MAYBERRY    *
                          *
    Plaintiff,            *    Civil Action No. CV-05-142
                          *
v.                        *
                          *
AMERICAN INTERNATIONAL GROUP, *
INC;                      *
et al.,                   *
                          *
    Defendants.           *

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiffs' attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:    AMERICAN GENERAL FINANCE, INC.
              n/k/a American General Financial Services of Alabama, Inc.
              c/o CSC Lawyers Incorporating Service, Inc.
              150 S. Perry Street
              Montgomery, AL 3610

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

       Roman A. Shaul
       BEASLEY, ALLEN, CROW, METHVIN,
       PORTIS & MILES, P.C.
       Post Office Box 4160
       Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_Eddie D. Mallard_
CIRCUIT CLERK

Dated: 7/13/05