UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **STEPHANIE MAYBERRY,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>AMERICAN INTERNATIONAL GROUP, )<br>INC; AMERICAN GENERAL )<br>CORPORATION; AMERICAN GENERAL )<br>FINANCE, INC.; AMERICAN GENERAL )<br>FINANCIAL SERVICES OF ALABAMA, )<br>INC.; MERIT LIFE INSURANCE )<br>COMPANY; YOSEMITE INSURANCE )<br>COMPANY; BRIAN SCALF; MORGAN )<br>FOSTER; and Fictitious Defendants "A", )<br>"B", and "C", whether singular or plural, )<br>those other persons, corporations, firms, )<br>or other entities whose wrongful conduct )<br>caused the injuries and damages to the )<br>Plaintiff, all of whose true and correct names )<br>are unknown to Plaintiff at this time, but will )<br>be substituted by amendment when )<br>ascertained, )<br>)<br>**Defendants.** )<br>) | CIVIL ACTION NO.: 3:05-CV-773 |

## DEFENDANT AMERICAN INTERNATIONAL GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant American International Group, Inc. ("AIG"), by and through its undersigned counsel, makes the following Corporate Disclosure Statement.

AIG, a Delaware corporation, is a holding company that is publicly traded. AIG does not have a parent corporation. No publicly held corporation owns ten percent (10%) or more of its stock.

Respectfully submitted this 18th day of August, 2005.

01217263.1

/s/John Thomas A. Malatesta
Jeffrey M. Grantham
John Thomas A. Malatesta
Attorneys for Defendant
American International Group, Inc.

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
Phone: (205) 254-1000

## CERTIFICATE OF SERVICE

     I hereby certify I have served a copy of the foregoing upon all counsel of record, by placing same in the United States Mail, properly addressed and first class postage pre-paid on this the 18th day of August, 2005.

C. Lance Gould, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, AL 36104

David Alan Elliott, Esq.
BURR & FORMAN LLP
SouthTrust Tower, Suite 3100
420 20th Street, North
Birmingham, AL 35203

/s/ John Thomas A. Malatesta
OF COUNSEL

01217263.1