**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **STEPHANIE MAYBERRY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.: 3:05-CV-773** |
| | ) | |
| **AMERICAN INTERNATIONAL GROUP,** | ) | |
| **INC; AMERICAN GENERAL** | ) | |
| **CORPORATION; AMERICAN  GENERAL** | ) | |
| **FINANCE, INC.; AMERICAN GENERAL** | ) | |
| **FINANCIAL SERVICES OF ALABAMA,** | ) | |
| **INC.; MERIT LIFE INSURANCE** | ) | |
| **COMPANY;  YOSEMITE INSURANCE** | ) | |
| **COMPANY; BRIAN SCALF; MORGAN** | ) | |
| **FOSTER; and Fictitious Defendants "A",** | ) | |
| **"B", and "C", whether singular or plural,** | ) | |
| **those other persons,  corporations, firms, or** | ) | |
| **other entities whose wrongful conduct caused** | ) | |
| **the injuries and damages to the Plaintiff, all** | ) | |
| **of whose true and correct names are** | ) | |
| **unknown to Plaintiff at this time, but will be** | ) | |
| **substituted by amendment when ascertained,** | ) | |
| | ) | |
| **Defendants**. | ) | |

**DEFENDANT AMERICAN GENERAL CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant American General Corporation ("AGC"), by and through its undersigned counsel, makes the following Corporate Disclosure Statement.

AGC is a wholly-owned subsidiary of American International Group, Inc.  AGC is not the parent company of any publicly owned companies.

Respectfully submitted this 18th day of August, 2005.

/s/John Thomas A. Malatesta
Jeffrey M. Grantham
John Thomas A. Malatesta
Attorneys for Defendant
American General Corporation

01217252.1

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
Phone: (205) 254-1000

## CERTIFICATE OF SERVICE

I hereby certify  I have served a copy of the foregoing upon all counsel of record, by placing same in the United States Mail, properly addressed and first class postage pre-paid on this the 18th day of August, 2005.

C. Lance Gould, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
272 Commerce Street
Montgomery, AL 36104

David Alan Elliott, Esq.
BURR & FORMAN LLP
SouthTrust Tower, Suite 3100
420 20th Street, North
Birmingham, AL  35203

/s/ John Thomas A. Malatesta
OF COUNSEL

01217252.1