IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE MAYBERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05cv773-A |
| ) | |
| AMERICAN INTERNATIONAL GROUP, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Plaintiff's Motion to Remand (Doc. #13), filed on September 6, 2005, it is

ORDERED that the Defendants shall show cause, if any there be, **on or before September 28**, **2005** why the motion should not be granted. The Plaintiff shall have **until October 5, 2005** to reply. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 7th day of September, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE