# EXHIBIT A(1)

# LOAN AGREEMENT AND DISCLOSURE STATEMENT

**AMERICAN GENERAL FINANCIAL SERVICES**

| DATE 10/22/04 | ACCOUNT NUMBER 30789515 | TYPE OF LOAN (Alpha) E00 |
|---|---|---|
| LENDER/SECURED PARTY NAME AND ADDRESS ("Lender") | | LENDER'S TELEPHONE NUMBER 334-826-8940 |

LENDER/SECURED PARTY NAME AND ADDRESS ("Lender"):
AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
323 AIRPORT RD STE D
AUBURN, AL 36830-5701

BORROWER(S) NAME AND ADDRESS ("I","We"):
STEPHANIE R MAYBERRY
50107 REDWOOD DR APT4
TUSKEGEE, AL 36083

I will read this entire Loan Agreement and Disclosure Statement ("Agreement") and all related documents carefully. If I have any questions, I will ask them before I sign any of these documents. By signing, I am indicating my agreement to the statements, promises, terms, and conditions contained in the documents I sign.

## TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of my credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost me. | AMOUNT FINANCED<br>The amount of credit provided to me or on my behalf. | TOTAL OF PAYMENTS<br>The amount I will have paid after I have made all payments as scheduled. |
|---|---|---|---|
| 33.25 % | $ 180.80 | $ 913.37 | $ 1094.17 |

My Payment Schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $ 96.25 | 12/01/04 |
| 11 | $ 90.72 | monthly beginning 01/01/05 |

LATE CHARGE: [X] If any payment is not paid in full within __10__ days after its due date, I will be charged __5.00__ % of the __unpaid__ amount of the payment, but not more than $ __99.99__ or less than $ __10.00__.

[ ] If any payment is not paid in full within _____ days after its due date, I will be charged $ _____ if the entire scheduled payment exceeds $ _____ or $ _____ if the entire scheduled payment is $ _____ or less.

PREPAYMENT: If I pay off early:
[ ] I may  [X] I will not   have to pay a penalty or minimum charge.
[X] I may  [ ] I will not   get a refund or credit of part of the finance charge.

SECURITY: I am giving Lender a security interest in:
[ ] Real estate located at:

**PAID**
JAN 31 2005
American General Fin Services
AUBURN, AL

[X] Motor Vehicles

| Year | Make | Model | Vehicle Identification No. |
|---|---|---|---|
| 1994 | TOYOTA | COROLLA | JT2AE04B4R0069362 |

[ ] Other Assets | Other Assets Description |

[ ] Household items described on the Personal Property Appraisal Form, which I have signed and which has been delivered to me with this Agreement.

ASSUMPTION: Someone buying my home, if it secures this loan, may not assume the remainder of this loan on the original terms unless approved by Lender.
[ ] My loan contains a variable-rate feature. Disclosures about the variable-rate feature have been provided to me earlier.

See the remainder of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties, if any.

## THIS AGREEMENT IS SUBJECT TO THE FEDERAL ARBITRATION ACT.

By signing below, I acknowledge receipt of a copy of this Federal Disclosure Statement.

_____
Borrower

_____
Co-Borrower

### SEE REVERSE SIDE FOR ADDITIONAL DISCLOSURES

# TRUTH IN LENDING INSURANCE DISCLOSURES

| DATE 10/22/04 | ACCOUNT NUMBER 30789515 | TYPE OF LOAN (Alpha) E00 |
|---|---|---|

**LENDER/SECURED PARTY NAME AND ADDRESS ("Lender")**

AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
323 AIRPORT RD STE D
AUBURN, AL 36830-5701

**BORROWER(S) NAME AND ADDRESS ("I","We")**

STEPHANIE R MAYBERRY
50107 REDWOOD DR APT4
TUSKEGEE, AL 36083

**CREDIT LIFE, DISABILITY, OR INVOLUNTARY UNEMPLOYMENT INSURANCE IS NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS I SIGN AND AGREE TO PAY THE ADDITIONAL COST.** I cannot be denied credit simply because I choose not to buy credit insurance.

| Type of Voluntary Credit Insurance | Premium |
|---|---|
| CREDIT LIFE AND CREDIT DISABILITY INSURANCE *<br>I want single credit life insurance and single credit disability insurance.<br><br>Date 10/22/04 _____ Borrower STEPHANIE R MAYBERRY _____ Date of Birth _____<br>Date _____ Coverage not applicable. _____ Co-Borrower Date of Birth _____ | $ 46.87 |
| CREDIT INVOLUNTARY UNEMPLOYMENT INSURANCE<br><br>Date _____ Insurance not elected. _____ Borrower Date of Birth _____<br>Date _____ Coverage not applicable. _____ Co-Borrower Date of Birth _____ | $ NONE |

* If I/We have selected credit disability insurance, I/We certify by signing above that the proposed insured is actively at work at least 30 hours per week. (Applies to all states EXCEPT Washington and Wisconsin.)

| VOLUNTARY CREDIT PERSONAL PROPERTY INSURANCE<br>(Not required to obtain credit. May be obtained from any insurer I choose.) | Term in Months | Premium |
|---|---|---|
| | | NONE |
| Date _____ Insurance not elected. _____ Borrower | | |
| Date _____ Coverage not applicable. _____ Co-Borrower | | |

*[Stamp: PAID JAN 3 2005 American General Fin Services AUBURN, AL]*

**CANCELLATION OF VOLUNTARY INSURANCE.** I may cancel any of the voluntary credit or voluntary credit personal property insurance coverages elected above within 30 days from the Date of the Loan Agreement (as provided for in the Insurance Policy(ies)) and receive a full refund of premium(s); however, any accrued interest, additional fees, prepaid finance charges, etc., I have paid because these insurance premium(s) were included in the amount I borrowed (Amount Financed) may not be refunded. I may also cancel any voluntary credit or voluntary credit personal property insurance after 30 days have expired, but I will receive a refund of only the unearned premium. To cancel my voluntary credit or voluntary credit personal property insurance, I must submit a signed and dated written request to cancel, along with the insurance certificate/policy received with the loan (if available), to the Lender's address herein, unless otherwise notified. Both I, the Borrower, and my Co-Borrower, if any, must sign the cancellation request. The refunded premiums may be paid to Lender to reduce the amount I owe on the loan.

**REQUIRED PROPERTY INSURANCE:** I may obtain required property insurance from anyone I want that is acceptable to Lender, or I may provide existing coverage through any insurance company or agent of my choice that is acceptable to Lender. Items that must be insured include any automobiles, all terrain vehicles, snowmobiles, watercraft, other titled vehicles, large equipment, and dwellings and other structures attached to real property ("Property").

**SEE REVERSE SIDE FOR ADDITIONAL INSURANCE DISCLOSURES**

UNAIA1 (06-06-04) Insurance Disclosures        Page 1        Initials _____

## TRUTH IN LENDING INSURANCE DISCLOSURES (con'd)

**VOLUNTARY CREDIT INSURANCE.** Lender's affiliate may provide the credit insurance that I voluntarily select. Lender and/or its affiliates expect to profit from my purchase of voluntary credit insurance, and I consent to this.

**VOLUNTARY CREDIT PERSONAL PROPERTY INSURANCE.** Lender does not require that I insure the personal property listed on the Personal Property Appraisal Form (if any); however, I may voluntarily purchase voluntary credit personal property insurance from Lender or its affiliate or from another insurance company. I should review my existing homeowner's and other physical damage insurance to determine whether voluntary credit personal property insurance duplicates or adversely affects my existing insurance coverage(s). Lender and/or its affiliates expect to profit from my purchase of voluntary credit personal property insurance, and I consent to this.

# AMERICAN GENERAL FINANCIAL SERVICES

## INSURANCE DISCLOSURE SUMMARY

Borrower Name and Address:

STEPHANIE R MAYBERRY
50107 REDWOOD DR APT4
TUSKEGEE, AL 36083

Branch Number: 1702
Loan Number: 30789515
Date: 10/22/04
MONTH/DAY/YEAR

I WANT TO PURCHASE THE INSURANCE/OTHER PRODUCTS NOTED BELOW AND HAVE THE PREMIUM/FEE FINANCED AS PART OF MY LOAN. I FULLY UNDERSTAND THAT I DO NOT HAVE TO PURCHASE ANY OF THE FOLLOWING INSURANCE/OTHER PRODUCTS TO OBTAIN MY LOAN.

| INSURANCE PRODUCT | INSURED(S) | PREMIUM |
|---|---|---|
| Credit Life | STEPHANIE R MAYBERRY | $ 8.77 |
| Credit Disability | STEPHANIE R MAYBERRY | $ 38.10 |
| Credit Involuntary Unemployment | | $ NONE |
| Credit Personal Property | | $ NONE |
| MERIT L.I.F.E. PLUS | STEPHANIE R MAYBERRY | $ 150.00 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| OTHER PRODUCTS | MEMBER(S) | PLAN FEE |
|---|---|---|
| | | $ |
| | | $ |

I understand that I will have thirty (30) days from the time I receive my certificate/policy to cancel my coverage and receive a full premium refund. I understand that I may also cancel my coverage after this 30-day period and receive a refund of unearned premium. I may cancel my coverage by submitting a signed and dated written request to cancel, along with the insurance certificate/policy (if available) to the office servicing my loan or to the insurance company. I also understand I may cancel any other product(s) by returning all forms and materials to that company and receive a refund of any unearned fee.

**NON CREDIT INSURANCE:** I understand that any claims for benefits will be paid to me or my beneficiary and will not be paid to the lender.

Please read your policy/certificate for applicable benefits, restrictions and limitations.

INSURANCE SALESPERSON:

_____
(Signature)

AA5-831
(License Number)

BORROWER: _____
(Signature)

CO-BORROWER: _____
(Signature)

Insurance Salesperson must sign in the presence of the Borrower and must personally explain the insurance coverage to the Borrower.

American General
Insurance Compliance Services
601 NW 2nd Street, P.O. Box 159
Evansville, IN 47701-0159
Telephone: 1-800-325-2147 Ext 5232   Telefax: (812) 461-2852

UNQ1A1 (9-5-04) Insurance Disclosure Summary - Single Premium