IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE R. MAYBERRY,           ) | |
|                                  ) | |
|          Plaintiff,              ) | |
|                                  ) | |
| vs.                              ) | CIVIL ACTION NO. 3:05cv773-A |
|                                  ) | |
| AMERICAN INTERNATIONAL GROUP,    ) | |
| INC., et al.,                    ) | |
|                                  ) | |
|          Defendants.             ) | |

**ORDER**

Upon consideration of Defendants' Motion for Leave to File a Response (Doc. #20), the motion is GRANTED, and it is hereby

ORDERED that Defendants are given **until October 11, 2005**, to file their response.

DONE this 4th day of October, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE