IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE MAYBERRY, | * |
| Plaintiff, | * |
| vs. | *   CIVIL CASE NO. 3:05-CV-773 |
| AMERICAN INTERNATIONAL GROUP, INC; et al., | * |
| Defendants. | * |

### SUPPLEMENT TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO REMAND FOR THE PURPOSE OF CONDUCTING REMAND-RELATED DISCOVERY

COMES NOW the Plaintiff, by and through her attorneys of record, and provides the following Supplement to Opposition to Defendants' Motion for an Extension of Time to Respond to Plaintiff's Motion to Remand for the Purpose of Conducting Remand-Related Discovery.

On July 13, 2005, Plaintiff commenced this action by filing a complaint against Defendants in the Circuit Court of Macon County, Alabama, CV-05-142. On August 11, 2005, Defendants removed the present action to this Court on diversity jurisdiction grounds under 28 U.S.C. § 1332(a). On September 6, 2005, Plaintiff filed a Motion to Remand arguing against the existence of diversity jurisdiction. On September 22, 2005, Defendants filed a Motion for an Extension of Time to Respond to Plaintiff's Motion to Remand for the Purpose of Conducting Remand-Related Discovery, while also filing a Memorandum of Law in support of their motion. On September 26, 2005, Plaintiff filed

an Opposition to Defendants' Motion for an Extension of Time to Respond to Plaintiff's Motion to Remand for the Purpose of Conducting Remand-Related Discovery.

In two identical matters, Edward Waller v. American General Finance, Inc., et al., Civil Action No. 2:05-cv-453-D (S.D.Ala. October 4, 2005)(attached as Exhibit "A"), and Steve and Nancy Robinson v. American General Finance, Inc., et al., Civil Action No. 2:05-cv-452-D (S.D.Ala. October 4, 2005)(attached as Exhibit "B"), the Honorable Judge Callie V. S. Granade of the United States District Court for the Southern District of Alabama recently denied these very same Defendants' Motion for an Extension of Time to Respond to Plaintiff's Motion to Remand for the Purpose of Conducting Remand-Related Discovery. Plaintiff respectfully asks this Court to consider the ruling of Judge Granade as persuasive authority and for this Court to enter a similar Order to prevent further delay in this case.

WHEREFORE, Plaintiff respectfully urges this Honorable Court to deny Defendants' Motion for an Extension of Time to Respond to Plaintiff's Motion to Remand for the Purpose of Conducting Remand-Related Discovery and remand this case to the Circuit Court of Macon County, Alabama.

    /s/ Charles Lance Gould
    C. LANCE GOULD (GOU007)
    Attorney for Plaintiff

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
Attorneys at Law
Post Office Box 4160
Montgomery, AL 36103-4160

(334) 269-2343
(334) 954-7555 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the original of the foregoing document in this Court with copies to be served upon all Counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 13th day of October, 2005.

<u>/s/ Charles Lance Gould</u>
OF COUNSEL

**<u>Attorney for Defendants American International Group, Inc.
and American General Corporation:</u>**

Jeffrey M. Grantham
John Thomas Aquina Malatesta, III
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618
205-254-1035
Fax: 205-254-1999
Email: jgrantham@mcglaw.com
Email: jmalatesta@maynardcooper.com

**<u>Attorneys for Defendants American General Financial Services, Inc.;
American General Financial Services of Alabama, Inc..;
Merit Life Insurance Co.; and Yosemite Insurance Company:</u>**

David Elliott
Robert H. Rutherford
Matthew T. Mitchell
BURR & FORMAN LLP
Suite 3100 SouthTrust Tower
420 North 20th Street
Birmingham, AL 35203
Tel:   205-251-3000
Fax:   205-458-5100
Email: delliott@burr.com

**Full docket text for document 25:**
ENDORSED ORDER denying [21] Motion for Extension of Time to File Response to Plaintiff's Motion to Remand for the Purpose of Conducting Remand-Related Discovery. Signed by Judge Callie V. S. Granade on 10/4/2005. (Granade, Callie)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/13/2005 08:30:48 | | | |
| PACER Login: | bw0126 | Client Code: | American General Finance |
| Description: | History/Documents | Search Criteria: | 2:05-cv-00453-CG-D |
| Billable Pages: | 1 | Cost: | 0.08 |



**Full docket text for document 26:**
ENDORSED ORDER denying [21] Motion for Extension of Time to File Response to Plaintiffs' Motion to Remand for the Purpose of Conducting Remand-Related Discovery. Signed by Judge Callie V. S. Granade on 10/4/2005. (Granade, Callie)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/13/2005 08:24:54 | | | |
| PACER Login: | bw0126 | Client Code: | American General Finance |
| Description: | History/Documents | Search Criteria: | 2:05-cv-00452-CG-D |
| Billable Pages: | 1 | Cost: | 0.08 |



EXHIBIT B