IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE MAYBERRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 3:2005-CV-773 |
| AMERICAN INTERNATIONAL GROUP, INC.; et al., | ) ) ) ) |
| Defendants. | ) ) |

**SUPPLEMENT TO DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO REMAND FOR THE PURPOSE OF CONDUCTING REMAND-RELATED DISCOVERY**

COME NOW Defendants American General Financial Services of Alabama, Inc. (improperly designated as American General Finance Inc. in the complaint), as successor to American General Finance, Inc., Merit Life Insurance Company, Yosemite Insurance Company, Brian Scalf, and Morgan Foster (hereinafter collectively referred to as "Defendants"), by and through their undersigned counsel, appearing specially so as to preserve any and all defenses available under Rule 12 of the Federal Rules of Civil procedure, and specifically preserving the right to seek arbitration pursuant to 9 U.S.C. § 1, *et seq*, and hereby provide the following Supplement to Defendants' Motion for an Extension of Time to Respond to Plaintiff's Motion to Remand for the Purposes of Conducting Remand-Related Discovery.

Plaintiff commenced the present action on July 13, 2005 by filing a complaint in the Circuit Court of Macon County, Alabama. On or about August 11, 2005, Defendants removed the present action to this Court on diversity jurisdiction grounds under 28 U.S.C. § 1332(a). On or about September 6, 2005, Plaintiff filed a Motion to Remand, arguing against the existence of diversity jurisdiction. On or about September 22, 2005, Defendants filed a Motion for an

1422719

Extension of Time to Respond to Plaintiff's Motion to Remand for the Purpose of Conducting Remand-Related Discovery ("Motion to Conduct Remand-Related Discovery"). On or about September 26, 2005, Plaintiff filed an Opposition to this Motion to Conduct Remand-Related Discovery.

In another matter involving these Defendants, Ken Nicholson v. American General Financial Services, Inc. et al., Civil Action No. 05-0625-CG-D (S.D. Ala. December 15, 2005)(attached hereto as Exhibit "A"), the Honorable Magistrate Judge Kristi K. DuBose of the United States District Court for the Southern District of Alabama recently granted Defendants' Motion to Conduct Remand-Related Discovery. Defendants respectfully request that this Court consider the ruling of Magistrate Judge DuBose as persuasive authority and enter a similar Order permitting them to conduct the necessary remand-related discovery in the present action.

WHEREFORE, Defendants respectfully request that this Honorable Court grant Defendants' Motion to Conduct Remand-Related Discovery.

    Respectfully submitted,

*s/ Matthew T. Mitchell*_____
Robert H. Rutherford (RUT002)
David A. Elliott (ELL027)
Matthew T. Mitchell (MIT050)

Attorneys for Defendants

**OF COUNSEL**

**BURR & FORMAN LLP**
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1422719    2

**CERTIFICATE OF SERVICE**

      I hereby certify that on <u>December 21, 2005</u>, I electronically filed the foregoing Supplement to Defendants' Motion for an Extension of Time to Respond to Plaintiff's Motion to Remand for the Purpose of Conducting Remand-Related Discovery with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Jere L. Beasley, Thomas J. Methvin, C. Lance Gould, Thomas Julian Butler, David A. Elliott, Robert H. Rutherford, Jeffrey M. Grantham, and John Thomas Aquina Malatesta.

                                                  *s/ Matthew T. Mitchell*
                                                  OF COUNSEL