**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Western District of Tennessee

Notice of Electronic Filing

The following transaction was received from Vescovo, Diane entered on 1/13/2006 at 12:30 PM CST and filed on 1/13/2006

**Case Name:**      Irby et al v. American International Group, Inc. et al
**Case Number:**   2:05-cv-2634
**Filer:**
**Document Number:** 29

**Docket Text:**
ORDER re [26] MOTION to Compel filed by American General Financial Services, Inc. The plaintiffs have not filed a response to this motion, and the time for responding has now expired. In the absence of any response by the plaintiffs, the defendant's motion to compel is granted. The plaintiffs are directed to file to file their initial disclosures as required by Fed. R. Civ. P. 26(a)(1), specifically full and complete damage computation disclosures including a mathematical computation of all categories of damages sought, responses to the defendant's first set of interrogatories, requests for production of documents, and requests for admissions within thirty days of the date of this order. . Signed by Judge Diane K. Vescovo on 1/13/06. (Vescovo, Diane)

The following document(s) are associated with this transaction:

**2:05-cv-2634 Notice will be electronically mailed to:**

Patrick Ryan Beckett     ryan.beckett@butlersnow.com

Clinton C. Carter     clint.carter@beasleyallen.com

T. Louis Coppedge     lcoppedge@mcglaw.com,

Frank M. Holbrook     frank.holbrook@butlersnow.com

Daniel Warren Van Horn     danny.vanhorn@butlersnow.com, ruth.gray@butlersnow.com

**2:05-cv-2634 Notice will be delivered by other means to:**



EXHIBIT
B

-----------------------------------------------------------------------------
Attachments:

-----------------------------------------------------------------------------

-----------------------------------------------------------------------------
CONFIDENTIALITY NOTE: This email and any attachments may be confidential and protected
by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the e-mail or any attachment is prohibited. If you have received this email in
error, please notify us immediately by replying to the sender and deleting this copy and the reply
from your system. Thank you for your cooperation.

CIRCULAR 230 DISCLOSURE: Pursuant to Treasury guidelines, any federal tax advice
contained in this communication, or any attachment, does not constitute a formal tax opinion.
Accordingly, any federal tax advice contained in this communication, or any attachment, is not
intended or written to be used, and cannot be used, by you or any other recipient for the purpose
of avoiding penalties that may be asserted by the Internal Revenue Service.
Attachments: